UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0598 (PLF) |
| | ) | |
| TERENCE SUTTON | ) | |
| and | ) | |
| ANDREW ZABAVSKY, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that Mr. Sutton's Second Motion to Compel Discovery [Dkt. No. 40]

is DENIED; it is

FURTHER ORDERED that Mr. Sutton's Motion to Compel Disclosure of

Requested Discovery [Dkt. No. 122] is GRANTED IN PART and DENIED IN PART; and it is

FURTHER ORDERED that Mr. Zabavsky's First Motion to Compel Disclosure

of Requested Discovery [Dkt. No. 130] is DENIED.

Accordingly, it is hereby ORDERED that the government shall produce to Mr.

Sutton the following material:

1.  All MPD Form 163s prepared by Mr. Sutton in the five years
prior to October 23, 2020.

2.  All MPD officer safety bulletins for the Fourth District from
the year prior to October 23, 2020.

3.  Any electronic file from any computer in the Fourth District
Crime Suppression Team office prepared between October 23,
2020, at 10:00 p.m. and October 24, 2020, at 10:00 p.m. that
demonstrates that someone other than Mr. Sutton contributed to or

altered the traffic crash report at issue in this case. <u>See</u> Indictment [Dkt. No. 1] at 47.

In addition, it is hereby ORDERED that, on or before May 29, 2022, the government and Mr. Sutton shall separately file supplemental briefs, not to exceed eight pages, responding to the Court's questions regarding Request 8 in Mr. Sutton's third motion to compel discovery, namely which IAD pursuit investigations and any annual compendiums or reports thereof from the ten years prior to October 23, 2020, would have been accessible to Mr. Sutton. <u>See</u> Opinion [Dkt. No. 158] at 24-25.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 22, 2022